# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION
www.flmb.uscourt.gov

In re:    Case No.: 3:17-BK-03265-PMG

Fady Abdo El-Bahri,    Chapter 11

      Debtor.

_____/

## AFFIDAVIT OF DEFAULT BY CREDITOR UNDER AGREED ORDER GRANTING ADEQUATE PROTECTION
(Doc. No. 36)

**BEFORE ME**, the undersigned authority, this day personally appeared __Amy Wetch__, as __a Bankruptcy Specialist__ of Daimler Trust ("Creditor"), who, being first duly sworn, deposes and says:

1. I am employed with the Creditor and I am familiar with, and have reviewed the business records of Creditor relating to the accounts of the above-referenced Debtor in this matter.

2. The Debtor is indebted to Creditor on an obligation was based on the motor vehicle lease attached to Creditor's Motion to Lift Stay as to a 2017 Mercedes-Benz S550V, V.I.N.: WDDUG8CB3HA322751.

3. The Debtor has failed to make the $1,469.50 lease payments that were due in July, August and September 2018.

4. Pursuant to the Agreed Order, Creditor is entitled to entry of an Order Lifting the Automatic Stay as to the property upon the expiration of 10 days from the date this affidavit is filed with the Court unless counsel for the Debtor files a counter-affidavit stating that the default stated above did not occur.

For Creditor

By: Amy Wetch (Printed Name)
Signature: _____

Its: Bankruptcy Specialist

STATE OF Texas
COUNTY OF Tarrant

SWORN TO and subscribed before me under penalty of perjury this on October 9th, 2018 by Amy Wetch, as Bankruptcy Specialist of Daimler Trust, who is personally known to me.

Jennifer Montiel
(Printed name of Notary)
Notary Public
My Commission Expires: 8-22-22

JENNIFER MONTIEL
Notary Public, State of Texas
Comm. Expires 08-22-2022
Notary ID 128302228

**Heckman Law Group, P.L.**

By: */s/ Chad D. Heckman*
Florida Bar No.: 0526029
Attorney for Creditor
P.O. Box 12492
Tallahassee, Florida 32317-2492
Phone: (850) 583-4161
E-Service: eservice@heckmanlawgroup.com
HLG File No: 18-535

## CERTIFICATE OF SERVICE

**I CERTIFY** that a copy of the foregoing pleading was furnished to the addresses below by U.S. Mail and/or electronic means via the CM/ECF system on October __10__, 2018 to:

United States Trustee
400 West Washington Street, Suite 1100
Orlando, FL 32801
*Trustee* (usual place of business)

Scott E. Bomkamp,
United States Trustee
400 West Washington Street, Suite 1100
Orlando, FL 32801
*Attorney for Trustee* (usual place of business)

Jason A. Burgess, 1855 Mayport Rd., Jacksonville, FL 32233
*Attorney for Debtor* (usual place of business)

Fady Abdo El-Bahri, 5373 Oak Bay Drive North, Jacksonville, FL 32277
*Debtor* (usual place of abode)

                                        **Heckman Law Group, P.L.**

                                        By: */s/ Chad D. Heckman*
                                        Florida Bar No.: 0526029
                                        Attorney for Creditor
                                        P.O. Box 12492
                                        Tallahassee, Florida 32317-2492
                                        Phone: (850) 583-4161
                                        E-Service: eservice@heckmanlawgroup.com
                                        HLG File No: 18-535